

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
AIKEN DIVISION

| | | |
|---|---|---|
| STEVEN DOUGLAS ALTMAN, | § | |
| Plaintiff, | § | |
| | § | |
| vs. | § | CIVIL ACTION NO. 1:16-cv-2959-MGL |
| | § | |
| NANCY A. BERRYHILL, | § | **ORDER** |
| Acting Commissioner of Social Security, | § | |
| Defendant. | § | |
| | § | |

This matter is before the Court on Plaintiff's Motion for Attorney's Fees and Costs under the Equal Access to Justice Act (EAJA) filed on May 22, 2017. *See* 28 U.S.C. § 2412. Plaintiff requests an award of $2,756.25 in attorney's fees and $420.04 in expenses. Defendant does not object to Plaintiff's request for a total award of $3.176.29, with $2,776.29 in attorney's fees and $400.00 in expenses.[1]

In accordance with *Astrue v. Ratliff*, 560 U.S. 586, 595-98 (2010), EAJA fees awarded by this Court belong to the litigant, thus subjecting EAJA fees to offset under the Treasury Offset Program (31 U.S.C. § 3716(c)(3)(B) (2006)), and, therefore, this Court directs fees be payable to Plaintiff and delivered to Plaintiff's counsel. Accordingly,

---

[1] Defendant notes Plaintiff seeks $20.04 for certified mailing fees as "costs," but certified mailing fees are a form of postage and are considered "expenses" under the EAJA. *See* 28 U.S.C. §§ 2412(d)(2)(A), 2412(d)(2)(4). Plaintiff's request for certified mailing fees will therefore be included in the amount of attorney's fees awarded rather than expenses.

IT IS ORDERED that Plaintiff's motion under the EAJA is granted in the amount of $2,776.29 in attorney's fees and $400.00 in expenses.

IT IS SO ORDERED.

s/ Mary Geiger Lewis
MARY GEIGER LEWIS
UNITED STATES DISTRICT JUDGE

Dated: May 25, 2017
Columbia, South Carolina